JOHN DEN on the demise of Matthias Williamson v. OLIVER JOHNSON.

A party cannot tax costs against his adversary for copies or exemplifications produced in evidence on trial.

Mileage for travel within the state only, is to be taxed by one party against the other.

---

*Hamilton* for the defendant, moved to retax the bill of costs in this cause,

1. Because it contained a charge for the costs of procuring exemplifications of certain judgments used upon the trial.

2. Because it contained a charge for the mileage of a witness from Portsmouth in New Hampshire.

*Scudder,* contra.

BY THE COURT. Both these points have been long and well

Road in Sussex & Morris.

settled in this state. It has been repeatedly adjudged that one party cannot recover from the other the costs of exemplifications or copies of judgments or other documents used upon the trial, nor can he recover the mileage of a witness until he enters the state by the ordinary route of travelling to the place of trial. From that time he travels under the authority and by virtue of the process of the court, and is entitled to mileage.

Retaxation accordingly.